ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
3017 Douglas Boulevard, Suite 200
Roseville CA 95661
408-279-2288 ph
408-279-2299 fax

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| In Re:<br><br>**ROBERT ORTIZ**<br>**YVETTE LANGFORD ORTIZ**<br><br>Debtor(s). | Case No.: 16-41788 CN<br><br>Chapter 13<br><br>**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING**<br><br>HEARING REQUESTED<br><br>Judge:   Novack |
|---|---|

In her moving papers, the standing Chapter 13 Trustee moves to dismiss this case based on the Debtor's alleged failure to amend schedules I and J in accordance with the modified chapter 13 plan.

The Debtors have indicated that they intend to retain new counsel and have not provided information necessary in order to prepare amended schedules I and J. The undersigned has not received a substitution of attorney from the Debtors. Debtors are otherwise performing under the terms of their plan and are current on payments.

For the foregoing reasons Debtors request that the Trustee's motion be denied or the matter set for hearing.

Dated:   1/31/2019          By:     **SAGARIA LAW, P.C.**
                                    */s/ Elliot Gale*
                                    Elliot Gale
                                    Attorneys for Debtor